# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

| Case Number 5 03CR67RT | Recorder Tape No 03-42 | Date 09/19/2003 |
|---|---|---|

Present  The Honorable Stephen G Larson, U S Magistrate Judge

| Court Clerk James Munoz | | Assistant U S Attorney AUSA, Rob Stacy | |
|---|---|---|---|
| **United States of America v** | **Attorney Present for Defendant(s)** | **Language** | **Interpreter** |
| MICHAEL VICTOR ZAMUDIO  Custody | David Phillips  Aptd | | n/a |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE**

Court orders counsel appointed

Defendant is arraigned and states true name is as charged

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof

Defendant pleads not guilty to all counts of the Indictment

Court orders this case assigned to the calendar of U S District Judge Robert J Timlin for/and further orders jury trial set for October 21, 2003, @ 8 30 a m  Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated

    Trial estimate _____

                                                        Initials of Deputy Clerk jm

cc  CJA Supv Attorney, PSA, USM ED, Fiscal, Statistics Clerk



SEP 2 5 2003

SEP 2 5 2003