P-SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No. **EDCR 03-0067-RT**                                Date: October 15, 2003

PRESIDING: **ROBERT J. TIMLIN, U.S. DISTRICT JUDGE**

| Lenora Pulham | Phyllis Preston | Rob Stacy, AUSA | |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Asst U S Attorney | Interpreter/Language XXX |

| USA v. (DEFENDANTS PRESENT): | ATTORNEYS PRESENT FOR DEFENDANTS. |
|---|---|
| (1) MICHAEL VICTOR ZAMUDIO | (1) David Phillips |
| _X_ custody ___ bond ___ O/R | _X_ appointed ___ retained |

PROCEEDINGS:  CHANGE OF PLEA

_X_   Defendant moves to change plea to the Indictment
      ORDER Motion be granted

_X_   Defendant sworn

_X_   Defendant enters a new and different plea of GUILTY to
      Count(s) __ONE__

_X_   The Court questions the defendant regarding plea of GUILTY
      and FINDS that a factual basis has been laid and Further
      FINDS the plea is knowledgeable and voluntarily made  The
      Court ORDERS the plea accepted and entered

_X_   The Court refers the defendant to the Probation Office for
      investigation and report and the matter is continued to
      **DECEMBER 29, 2003 @ 1:30 P.M.** for sentencing

cc: **PROBATION**
    **PSA**

ENTER ON ICMS
OCT 16 2003

Initials of Deputy Clerk

CR-11 (9/98)                    CRIMINAL MINUTES - GENERAL