# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Michael Victor Zamudio<br>DEFENDANT(S). | CASE NUMBER:<br>CR03-00067-RT<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 09/11/2014 1300 ☐ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑ No ☐
3. Charges under which defendant has been booked:
   18 USC 3583(e)(3) Supervisory Release Violation
4. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes ☐ No ☐ Unknown
6. Interpreter Required: ☑ No ☐ Yes: _____ (Language)
7. Year of Birth: 1972
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer Time: 0830 AM / PM
14. Remarks (if any): _____

15. Date: 09/12/2014
16. Name: B. Oaklief (Please Print)
17. Agency: USMS
18. Signature: [signed]
19. Office Phone Number: 213-894-2485

FILED 2014 SEP 12 AM 10:11 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION