UNITED STATES PROBATION OFFICE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>MICHAEL VICTOR ZAMUDIO<br><br>Defendant(s)<br><br>25441-112 | CASE NUMBER:<br><br>EDCR03-00067-RT<br><br>WARRANT FOR ARREST<br><br>FILED<br>CLERK U.S. DISTRICT COURT<br>SEP 17 2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

AD #:
791592
1236969

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest MICHAEL VICTOR ZAMUDIO

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

| | |
|---|---|
| Terry Nafisi<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>_signature_<br>SIGNATURE OF DEPUTY CLERK | 8/16/11 — Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>BY: Robert J. Timlin<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST  8/4/14

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PROB TWO

ARRESTED ON: ARRESTED WITHIN THE DISTRICT OF CA FROM TEHACHAPI STATE PRISON
BY: USMS - DETAINER FILED FROM TEHACHAPI STATE PRISON

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                          PAGE 1 of 2